IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01293-PAB-KMT

BRYAN MOTT, a New York citizen, and
NIKKI MOTT, a New York citizen,

     Plaintiffs,

v.

NARCONON FRESH START, d/b/a A Life Worth Saving, Inc.,
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, and
NARCONON INTERNATIONAL,

     Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

     This matter comes before the Court on the Stipulated Motion to Dismiss With Prejudice [Docket No. 39].  The Court has reviewed the pleading and is fully advised in the premises.  It is

     **ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 39] is GRANTED.  It is further

     **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Association for Better Living and Education International and Narconon International are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

     DATED July 31, 2014.

                     BY THE COURT:

                      s/Philip A. Brimmer
                     _____
                     PHILIP A. BRIMMER
                     United States District Judge