# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01293-PAB-KMT

BRIAN MOTT, a New York Citizen, AND
NIKKI MOTT, a New York Citizen

       Plaintiffs

v.

NARCONON FRESH START d/b/a A LIFE WORTH SAVING;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and
NARCONON INTERNATIONAL

       Defendants

## NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE that all claims between Plaintiffs, Brian Mott and Nikki Mott, and Defendant Narconon Fresh Start have been resolved and the parties have reached a settlement. Dismissal documents will be filed with the court shortly.

DATED: June 29, 2015      By:    *s/ Ryan C. Gill*
                                     Ryan C. Gill, Attorney Reg. #37320
                                       LEWIS BRISBOIS BISGAARD & SMITH LLP
                                       1700 Lincoln Street, Suite 4000
                                       Denver, Colorado 80203
                                       303.861.7760
                                       *Attorneys for Defendant Narconon Fresh Start*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed and served electronically via the Court's electronic filing system, this 29th day of June, 2015, as follows:

Ryan A. Hamilton, Esq.
HAMILTON LAW
5125 S. Durango Dr., Ste C
Las Vegas, NV 89113
*Attorneys for Plaintiffs Brian Mott and Nikki Mott*

David Evan Miller, Esq.
Saeed & Little, LLP
1433 Meridian Street, Suite 202
Indianapolis, IN   46202
*Attorneys for Plaintiffs Brian Mott and Nikki Mott*

*/s/ Marianne Cassedy*