**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01293-PAB-KMT

BRIAN MOTT, a New York Citizen, and
NIKKI MOTT, a New York Citizen

        Plaintiffs

v.

NARCONON FRESH START d/b/a A LIFE WORTH SAVING;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and
NARCONON INTERNATIONAL

        Defendants

---

## STIPULATED DISMISSAL OF DEFENDANT NARCONON FRESH START WITH PREJUDICE

---

Plaintiffs Bryan Mott and Nikki Mott ("Plaintiffs") and Defendant Narconon Fresh Start ("Fresh Start") (collectively, the "Parties"), stipulate to dismiss Defendant Fresh Start pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as follows:

1. The Parties have reached a compromise and settlement of all claims that have been asserted or could have been asserted in this action.

2. The Parties stipulate and agree that this action, including all of Plaintiffs' claims against Defendant Fresh Start, is dismissed *with prejudice*, with each party paying its own costs, expenses and attorney's fees.

3. Dismissal of Defendant Fresh Start is proper under Rule 41(a)(1)(A)(ii) because the Parties stipulate to said dismissal of claims against Defendant Fresh Start *with prejudice*.

4. Plaintiffs previously dismissed Defendants Association for Better Living and Education International; and Narconon International (Docket Nos. 39, 45). With this dismissal of Defendant Fresh Start, there are no longer any claims against any defendants in this action.

WHEREFORE, the Parties respectfully request this Court dismiss this action as between these parties *with prejudice*.

Dated: July 14, 2015        By: *s/ Ryan C. Gill*
                                            Ryan C. Gill, Atty. Reg. No.: 37320
                                            LEWIS BRISBOIS BISGAARD & SMITH LLP
                                            1700 Lincoln Street, Suite 4000
                                            Denver, Colorado 80203
                                            303.861.7760
                                            Ryan.Gill@lewisbrisbois.com
                                            *Attorneys for Defendant Narconon Fresh Start*

Dated: July 14, 2015        By: *s/ Ryan A. Hamilton*
                                            Ryan Andrew Hamilton, Esq.
                                            HAMILTON LAW LLC
                                            5125 South Durango Drive, Suite C
                                            Las Vegas, NV 89113
                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 14th day of July, 2015, I presented the foregoing STIPULATED FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS NARCONON FRESH START, D/B/A A LIFE WORTH SAVING, INC. AND NARCONON WESTERN UNITED STATES to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all counsel of record, including the following:

Ryan Andrew Hamilton, Esq.
HAMILTON LAW LLC
5125 South Durango Drive, Suite C
Las Vegas, NV 89113
*Attorneys for Plaintiffs*

                  *s/ Ryan C. Gill*